McGREGOR W. SCOTT
United States Attorney
MATTHEW C. STEGMAN
Assistant U.S. Attorney
KATE L. SCARBOROUGH
Chief Certified Law Clerk, Misdemeanor Unit
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2739

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. S-06-0166 GGH |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | |
| v. | ) | |
| | ) | DATE: November 6, 2006 |
| MICAH LEWIS ADDISON | ) | TIME: 9:00 A.M. |
| | ) | JUDGE: Hon. Gregory G. Hollows |
| | ) | |
| Defendant. | ) | |

The defendant, Micah Lewis Addison, through his undersigned attorney, and the United States, through its undersigned attorney, agree and stipulate that the change of plea hearing in

///
///
///
///
///
///
///
///

1

```
 1  this matter should be scheduled for Monday, November 6, 2006, at
 2  9:00 a.m.
 3  DATED: October 30, 2006            McGREGOR W. SCOTT
                                       United States Attorney
 4
 5                                     By:/s/ Matthew C. Stegman
                                          MATTHEW STEGMAN
 6                                        Assistant U.S. Attorney

 7  DATED: October 30, 2006            /s/ Philip Cozens
                                       PHILIP COZENS
 8                                     Counsel for Defendant
 9
10                           ORDER
11  IT IS SO ORDERED: 10/31/06
12  /s/ Gregory G. Hollows
    _____
13  HON. GREGORY G. HOLLOWS
    United States Magistrate Judge
14
    addison.ord
```